JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MEDINA-MONTOYA and VIOLETA ESTRADA-ROJAS,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services,<br><br>Defendant<br>_____/ | Case No.<br><br>COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTION |

Plaintiffs allege:

1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706.

2. Plaintiffs are husband and wife. Plaintiff Violeta Estrada-Rojas is a citizen of the United States and plaintiff Benjamin Medina-Montoya is a citizen of Mexico.

3. Defendant Rosemary Melville is the District Director of the San Francisco district office of the United States Citizenship and Immigration Services, (USCIS), an agency of the United States as defined by 5 U.S.C. §701(b)(1), charged with the duty to administer and enforce the Immigration and Nationality Act, including the adjudication of visa petitions and applications for adjustment of status to lawful permanent resident filed by persons residing within the jurisdiction of the USCIS San Francisco district office.

1

4. 8 U.S.C. §1154(a)(1)(A)(i) vests the USCIS with the authority to accord immediate relative status under 8 U.S.C. §1151(b)(2)(A)(i) to the spouse of a United States citizen. To accord immediate relative status a United States citizen is required to file a petition on a Form I-130 with the USCIS in accordance with the provisions of 8 C.F.R. §204.1.

5. 8 U.S.C. §§1255(i) vests the USCIS with discretion to adjust an alien's status to that of an alien lawfully admitted for permanent residence. To apply for adjustment of status an alien is required to file an application on a Form I-485 in accordance with the provisions of 8 C.F.R. §245.2 and 8 C.F.R. §245.10.

6. Plaintiff Benjamin Medina-Montoya is the beneficiary of an approved immediate relative petition filed on his behalf by plaintiff Violeta Estrada-Rojas. *See*, attached Exhibit A.

7. Plaintiff Benjamin Medina-Montoya applied for adjustment of status on September 29, 2005. *See*, attached Exhibit B. Plaintiffs were interviewed by a USCIS adjudications officer at the USCIS office in San Jose, California on April 4, 2006. *See*, attached Exhibit C.

8. Defendant has not adjudicated plaintiffs' immigration case. The visa petition has been approved, but the application for adjustment of status remains pending.

9. Defendant has breached her legal duty by failing to adjudicate plaintiff Benjamin Medina-Montoya's application, and defendant's failure to adjudicate plaintiff's applications is unlawful, arbitrary and capricious.

10. There is no administrative appeal from defendant's decision.

11. There is a real and actual controversy between the parties. Plaintiffs have no adequate remedy at law. Plaintiffs have suffered and will continue to suffer irreparable injury as result of the acts of the defendant complained herein.

WHEREFORE, plaintiffs pray judgment.

1. Declaring that defendant has violated 8 U.S.C. §1255(i) and 8 C.F.R. §§245.2 and 245.10 in her adjudication of plaintiff Benjamin Medina-Montoya's application for adjustment of status.

2. Preliminarily and permanently enjoining defendant, her agents, and delegates to adjudicate

2

1  plaintiff's application forthwith.
2      3. Awarding plaintiffs their costs and reasonable attorneys fees incurred in this action;
3      4. Granting such other and further relief as may be appropriate.
4  Dated: October 4, 2007

_____
JONATHAN M. KAUFMAN
Attorney For Plaintiffs

# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** WAC-01-247-51179 | **CASE TYPE** I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| **RECEIPT DATE** August 2, 2001 | **PRIORITY DATE** April 30, 2001 |
| **NOTICE DATE** August 24, 2005 | **PAGE** 1 of 1 |

**PETITIONER** A35 824 057
ESTRADA ROJAS, VIOLETA

**BENEFICIARY**
MEDINA MONTOYA, BENJAMIN

VIOLETA ESTRADA ROJAS
233 A CLIFFORD AVE
WATSONVILLE CA 95076

Notice Type: Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



# EXHIBIT B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-05-365-20143 | I-485 - Application to Register Permanent Residence or Adjust Status |

| Received Date: September 29, 2005 | Priority Date: | Applicant: | A072669711 MEDINA MONTOYA, BENJAMIN |
|---|---|---|---|
| Notice Date: October 04, 2005 | Page 1 OF 1 | ASC Code: | 3 |

BENJAMIN MEDINA MONTOYA
233 A CLIFFORD AVENUE
WATSONVILLE CA 95076

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $1,385.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE-**

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

# EXHIBIT C

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE<br>February 02, 2006 |
|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A 072 669 711 |
| APPLICATION NUMBER<br>MSC0536520143 | RECEIVED DATE<br>September 29, 2005 | PRIORITY DATE<br>September 29, 2005 | PAGE<br>1 of 1 |

BENJAMIN MEDINA MONTOYA
c/o JONATHAN KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2(b)(13))

**Who should come with you?**
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter.
- Your attorney or authorized representative may come with you to the interview.
- If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE:* Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status.
- Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- Your Birth Certificate.
- Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of your children.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority.
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW-** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>1887 MONTEREY ROAD<br>2ND FLR ROOM 200<br>SAN JOSE CA 95112 | ON: Tuesday, April 04, 2006<br>AT: 10:30 AM |
|---|---|
| 5 | REPRESENTATIVE COPY |