1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Benjamin Medina-Montoya, et al.,

        Plaintiff(s),

    v.

Rosemary Melville, District Director, United States Citizenship and Immigration Services,

        Defendant(s).

No. C 07-5119 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10/5/07

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")