1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiff

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                      SAN FRANCISCO DIVISION

10  BENJAMIN MEDINA-MONTOYA, et al.,    Case No. C 07-5119 MEJ

11                                      CERTIFICATE OF SERVICE
         Plaintiff,
12
    vs.
13
   ROSEMARY MELVILLE,
14  District Director, United States Citizenship
   and Immigration Services,
15
         Defendant.
16  _____/

17        I, JONATHAN M. KAUFMAN, do hereby declare:

18        That on October 5, 2007 the October 4, 2007 order setting initial case management

19  conference, the Court's Standing Orders, the handbook entitled "Dispute Resolution Procedures in

20  the Northern District of California", and all documents specified in Civil Local Rule 4-2 were served

21  on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope,

22  postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue,

23  Box 36055, San Francisco, CA 94102.

                                                  1

1 | I declare under penalty of perjury that the foregoing is true and correct and that this was
2 | executed on October 5, 2007 at San Francisco, California.

_____
JONATHAN M. KAUFMAN