1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN MEDINA-MONTOYA, et al., | Case No. C 07-5119 MEJ |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

I, JONATHAN M. KAUFMAN, do hereby declare:

That on October 5, 2007 plaintiffs' Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge was served on defendant by placing a copy in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1     I declare under penalty of perjury that the foregoing is true and correct and that this was
2 executed on October 5, 2007 at San Francisco, California.

3

4                                                 JONATHAN M. KAUFMAN