JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BENJAMIN MEDINA-MONTOYA, et al.,

        Plaintiffs,

   vs.

ROSEMARY MELVILLE,
District Director, United States Citizenship
and Immigration Services,

        Defendant.
_____/

Case No. C 07-5119 MMC

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED]

    It is ordered that plaintiffs' motion for a preliminary injunction is granted, and defendant enjoined to adjudicate plaintiffs' visa petition and application for adjustment of status forthwith.

IT IS SO ORDERED.

                                  _____
                                  MAXINE M. CHESNEY
                                  United States District Judge