JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN MEDINA-MONTOYA, et al., | Case No. C 07-5119 MMC |
| Plaintiffs, | PLAINTIFFS' WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION |
| vs. | |
| ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

    Defendant has informed plaintiff Benjamin Medina-Montoya that his fingerprint processing has expired and scheduled plaintiff for another fingerprint appointment. In consideration of the action taken by defendant to adjudicate plaintiff's application for adjustment of status, plaintiff withdraws his motion for a preliminary injunction.

                                                                                 _____
                                                                                 JONATHAN M. KAUFMAN
                                                                                  Attorney for Plaintiffs