JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    jonathan-kaufman@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN MEDINA-MONTOYA, et al.,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROSEMARY MELVILLE,<br>District Director, United States Citizenship and Immigration Services,<br><br>            Defendant.<br>_____/ | Case No. C 07-5119 MMC<br><br>CERTIFICATE OF SERVICE |

I, JONATHAN M. KAUFMAN, do hereby declare:

That on November 1, 2007 Plaintiff's Withdrawal Of Motion For Preliminary Injunction was served on defendant by placing a copy in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

I declare under penalty of perjury that the foregoing is true and correct and that this was executed on November 1, 2007 at San Francisco, California.

_____
JONATHAN M. KAUFMAN

1