1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  BENJAMIN MEDINA-MONTOYA and        )   No. C 07-5119 MMC
    VIOLETA ESTRADA-ROJAS,             )
13                                     )
              Plaintiffs,              )   **STIPULATION TO DISMISS; AND**
14                                     )   **[PROPOSED] ORDER**
         v.                            )
15                                     )
    ROSEMARY MELVILLE, District Director, )
16  United States Citizenship and Immigration )
    Services;                          )
17                                     )
              Defendant.               )
18  _____)

19

20       Plaintiffs, by and through their attorney of record, and Defendant by and through her attorney

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

22  of the adjudication of Plaintiff Benjamin Medina-Montoya's adjustment of status application

23  (Form I-485).

24       Each of the parties shall bear their own costs and fees.

25  ///

26  ///

27

28

Stipulation to Dismiss
C07-5119 MMC                              1

| | | |
|---|---|---|
| 1 | Date: November 15, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

                                                            /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Date: November 15, 2007                        /s/
                                                      JONATHAN M. KAUFMAN
                                                        Attorney for Plaintiffs

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                            MAXINE M. CHESNEY
                                            United States District Judge