SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN MEDINA-MONTOYA and VIOLETA ESTRADA-ROJAS,<br><br>    Plaintiffs,<br><br>v.<br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services;<br><br>    Defendant. | No. C 07-5119 MMC<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendant by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff Benjamin Medina-Montoya's adjustment of status application (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-5119 MMC                                         1

Date: November 15, 2007					Respectfully submitted,

							SCOTT N. SCHOOLS
							United States Attorney


							_____/s/_____
							ILA C. DEISS
							Assistant United States Attorney
							Attorneys for Defendant


Date: November 15, 2007					_____/s/_____
							JONATHAN M. KAUFMAN
							Attorney for Plaintiffs

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 16, 2007					_____
							MAXINE M. CHESNEY
							United States District Judge

Stipulation to Dismiss
C07-5119 MMC					2